**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

**AARON MAGEE,**

Petitioner,

v.

**JEFF TANNER, WARDEN,**

Respondent.

CASE NO. 2:23 CV 12406

JUDGE JAMES R. KNEPP II

**ORDER**

On April 13, 2026, this Court dismissed Petitioner Aaron Magee's Petition for a writ of habeas corpus under 28 U.S.C. § 2254 as time barred. (Doc. 22).[1] In that Order, the Court expressly denied a certificate of appealability. *See id.* at 17-18. On May 13, 2026, Petitioner filed both a Notice of Appeal with the Sixth Circuit Court of Appeals (Doc. 27) and a Motion for Certificate of Appealability with this Court (Doc. 26).

Upon review, the Court remains convinced Petitioner has not shown "'at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling.'" *Dufresne v. Palmer*, 876 F.3d 248, 253 (6th Cir. 2017) (per curiam) (quoting *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

For the foregoing reasons, good cause appearing, it is

1. This matter is before this Court based on the Sixth Circuit's designation of the undersigned to hear this case. *See* Doc. 4.

ORDERED that the Court reaffirms its previous denial of a certificate of appealability and Petitioner's Motion for a Certificate of Appealability (Doc. 26) be, and the same hereby is, DENIED.

s/ *James R. Knepp II*
UNITED STATES DISTRICT JUDGE

Dated: August 20, 2026